IT IS SO ORDERED.

Dated: 15 November, 2018 01:44 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 17-16214 |
| **Matthew B. Sparks** <br> **Debra K. Sparks** | Chapter 7 |
| | **Judge Jessica E. Price Smith** |
| Debtor(s). | * * * * * * * * * * * * * * * * <br> **ORDER GRANTING MOTION OF U.S.** <br> **BANK NATIONAL ASSOCIATION FOR** <br> **ABANDONMENT (DOCKET NO. 19)** |
| | **215 Grand Avenue, Wellington, OH 44090** |

This matter is before the Court on the Motion for Abandonment (the "Motion") filed by U.S. Bank National Association ("Creditor"). (Docket No. 19). Creditor has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

18-029332_KKC

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 215 Grand Avenue, Wellington, OH 44090.

###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

Richard A Baumgart, Chapter 7 Trustee, rbaumgart@dsb-law.com(notified by ecf)

William J. Balena, Attorney for Matthew B. Sparks and Debra K. Sparks, docket@ohbksource.com(notified by ecf)

Matthew B. Sparks and Debra K. Sparks, 215 Grand Avenue, Wellington, OH 44090 (notified by regular US Mail)

18-029332_KKC